**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GRAHAM CREATIVE SALES, USA, INC.,

    Plaintiff,

v.                                      Case No. 09-CV-10719-DT

MAURELL PRODUCTS, INC.,

    Defendant.
                                                  /

**ORDER STAYING PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS AND SETTING SETTLEMENT CONFERENCE**

On May 12, 2009, the court held a conference with counsel representing the parties in the above-captioned matter.  During the conference, the parties presented the court with a unified timeline and plan under which to conduct settlement negotiations.  The plan contemplates that the parties will diligently work toward settlement within the next month.  The court is satisfied that the parties will use this time productively.  Accordingly,

IT IS ORDERED that all formal proceedings in this matter are STAYED pending settlement negotiations between the parties in accordance with the proposed schedule that was presented to the court.  The parties are instructed to notify the court immediately if they have reached a complete resolution to this matter or if their negotiations have halted.

IT IS FURTHER ORDERED that the court will conduct a settlement conference, **with party representatives**, on **June 12, 2009 at 9:30 a.m.**  Counsel is specifically warned that if the parties or counsel does not appear at the conference, the court will likely impose monetary sanctions.

The court will cancel the conference if presented with a stipulation and proposed order of dismissal by **June 9, 2009.**

        S/Robert H. Cleland  
        ROBERT H. CLELAND  
        UNITED STATES DISTRICT JUDGE

Dated:  May 12, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 12, 2009, by electronic and/or ordinary mail.

        S/Lisa Wagner  
        Case Manager and Deputy Clerk  
        (313) 234-5522